Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−31588
Chapter: 13
Judge: Janet S. Baer

In Re:
   Andrea D Paterala
   228 Benton Lane
   Bloomingdale, IL 60108

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6223

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on November 30, 2018

FOR THE COURT

Dated: December 4, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 17-31588-JSB
Andrea D Paterala                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson           Page 1 of 2           Date Rcvd: Dec 04, 2018
                              Form ID: ntcdsm         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
```
db              +Andrea D Paterala,    228 Benton Lane,    Bloomingdale, IL 60108-3040
26217556        +Benjamin J. Rooney,    Keay & Costello, P.C.,    128 S. County Farm Road,
                  Wheaton, IL 60187-2400
26126651        +Bloomfield Club II,    201 Bloomfield Parkway,    Bloomingdale, IL 60108-3033
26217557        +Bloomfield Club II Homeowners Association,    c/o Keay & Costello, P.C.,
                  128 S. County Farm Road,    Wheaton, IL 60187-2400
26126652        +City Ntl Bk/Ocwen Loan Service,    Attn:Bankruptcy Dept,    Po Box 24738,
                  West Palm Beach, FL 33416-4738
26126653        +Dental Associates, Ltd.,    176 S. Bloomingdale Road,    Bloomingdale, IL 60108-1404
26126654        +Dependon Collection,    120 W 22nd Street Suite 360,    Oak Brook, IL 60523-4070
26442948         HSBC Bank USA, National Association,    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept,
                  POB 24605,    West Palm Beach FL 33416-4605
26445714        +HSBC Bank USA, National Association,    Ocwen Loan Servicing, LLC,
                  c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                  Burr Ridge, IL 60527-6921
26126656        +Hand Surgery,    515 W Algonquin Road,    Suite 120,    Arlington Heights, IL 60005-4405
26126658        +Jeffery Cook,    183 S. Bloomingdale Road,    Suite 101,   Bloomingdale, IL 60108-1454
26446766        +McElroy Pediatric Dentistry,    C/O A. Alliance Collection Agency,    PO Box 506,
                  Richmond IL 60071-0506
26126659        +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
26126661        +NCEP, LLC,    112 N Curry Street,    Carson City, NV 89703-4934
26126663         Silver Cloud Finance,    635 East Hwy 20, C,    Upper Lake, CA 95485
26446605        +Spring Valley Veterinary Clinic,    C/O A. Alliance Collection Agancy,    PO Box 506,
                  Richmond IL 60071-0506
26126664        +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26261157        +E-mail/Text: bankruptcy@cavps.com Dec 05 2018 01:53:55      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
26126655        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 05 2018 01:57:51      Exeter Finance Corp,
                  Po Box 166097,    Irving, TX 75016-6097
26126657        +EDI: IIC9.COM Dec 05 2018 06:44:00      IC System Inc,    PO Box 64886,
                  Saint Paul, MN 55164-0886
26126660        +EDI: MID8.COM Dec 05 2018 06:43:00      Midland Funding,    2365 Northside Dri,
                  San Diego, CA 92108-2709
26260589        +EDI: MID8.COM Dec 05 2018 06:43:00      Midland Funding, LLC,
                  Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                  Warren, MI 48090-2011
26355672         EDI: PRA.COM Dec 05 2018 06:43:00      Portfolio Recovery Associates, LLC,
                  Successor to CAPITAL ONE BANK (USA) N.A.,    (CAPITAL ONE BANK, N.A.),    POB 41067,
                  Norfolk, VA 23541
26166734        +EDI: Q3G.COM Dec 05 2018 06:43:00      Quantum3 Group, LLC as agent for,
                  Wollemi Acquisitions, LLC,    PO Box 788,    Kirkland, WA 98083-0788
26126662         EDI: DRIV.COM Dec 05 2018 06:43:00      Santander Consumer,    P.O. Box 660633,
                  Dallas, TX 75266-0633
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26126650        ##+Activity Collection Se,    664 N Milwaukee Ave,    Prospect Heights, IL 60070-2352
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nbatson              Page 2 of 2              Date Rcvd: Dec 04, 2018
                              Form ID: ntcdsm            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:

              Benjamin   Rooney    on behalf of Creditor    Bloomfield Club II Homeowners Association
               ben@keaycostello.com, kim@keaycostello.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              John P Carlin    on behalf of Debtor 1 Andrea D Paterala jcarlin@suburbanlegalgroup.com,
               suburbanlegalgroup@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for HSBC Bank
               USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series
               2006-NC1, Asset Backed Pass-Through Certificates ND-Four@il.cslegal.com
              Peter C Bastianen    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC1, Asset Backed Pass-Through
               Certificates ND-Four@il.cslegal.com
                                                                                             TOTAL: 6